COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Radha Patel v. Sylvia Trevino, Constable Precinct 6, Harris County, Texas

Appellate case number:     01-20-00445-CV

Trial court case number:    2018-61935

Trial court:                      11th District Court of Harris County

Appellant, Radha Patel, has appealed from the trial court's February 5, 2020 order granting appellee's, Sylvia Trevino, Constable Precinct 6, Harris County, Texas, plea to the jurisdiction. Appellant's brief was filed on December 14, 2020, making appellee's brief originally due on January 13, 2021. This Court previously granted two motions filed by appellee to extend her deadline to file her appellee's brief, which was due on or before April 15, 2021. No brief was filed by the deadline. Instead, on April 15, 2020, appellee filed her third motion for extension of time to file her appellee's brief, requesting that the deadline be extended an additional fifteen days to April 30, 2021.

Appellee's third motion to extend includes a certificate of conference representing that appellant is not opposed to the relief requested by appellee's motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3. Appellee's motion is **granted**. Appellee must file her appellee's brief no later than April 30, 2021. **No further extensions will be considered absent extraordinary circumstances, and failure to file a brief by the extended deadline may result in the Court setting the case "at-issue" and considering and deciding the case without an appellee's brief**. *See* TEX. R. APP. P. 10.5(b), 38.6(d).

It is so ORDERED.

Judge's signature: _____/s/ Amparo Guerra_____
                          ☑ Acting individually     ☐ Acting for the Court

Date: __April 20, 2021____